# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANNON HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>    Defendant. | Civil Action<br>File No.:    1:20-CV-4218-MHC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Shannon Haynes and Defendant Sig Sauer, Inc., by and through their undersigned counsel of record, and jointly submit this Stipulation of Dismissal pursuant to F.R.C.P. 41 (a)(l)(A)(ii). The parties stipulate that all claims are due to be dismissed with prejudice. In connection therewith, each party shall bear its own respective costs, attorney's fees, and expenses.

Respectfully submitted on this 3rd day of February 2022

(Signatures on Next Page)

1

**WOOD CRIAG MILLER**
/s/ Brett A. Miller
Brett A. Miller, Esq.
GA Bar No. 143196
J. Blair Craig, Esq.
GA Bar No. 192850
**Attorneys for Plaintiff**

WOOD CRAIG MILLER
3520 Piedmont Road, N.E.
Suite 280
Atlanta, Georgia 30305
Phone:404-888-9962
Email:Brett@woodcraig.com
Email:  Blair@woodcraig.com

**DREW, ECKL & FARNHAM, LLP**
*/s/ Andrew D. Horowitz*
Andrew D. Horowitz , Esq.
Georgia Bar No. 367815
Steve A. Miller. Esq.
Georgia Bar No. 508375
***Attorneys for Defendant Sig Sauer, Inc.***

303 Peachtree Road, Suite 3500
Atlanta, GA 30308
(404) 885-1400
Horowitza@deflaw.com
Millers@deflaw.com

**LITTLETON PARK JOYCE UGHETTA & KELLY LLP**
*/s/ B. Keith Gibson*
B. Keith Gibson, Esq.
(*Pro Hac Vice Application Pending*)
***Attorneys for Defendant Sig Sauer, Inc.***

2

39 Broadway, 34th Floor
New York, NY 10006
(212) 404-5777
keith.gibson@littletonpark.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANNON HAYNES,<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>Defendant. | Civil Action<br>File No.:   1:20-CV-4218-MHC |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the ***Stipulation of Dismissal with Prejudice*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following:

Mr. Keith Gibson, Esq

Littleton Park Joyce Ughetta & Kelly, LLP

4 Manhattanville Road

Suite 202

Purchase, New York 10577


*(Signature on following page.)*

This 3rd day of February, 2022.

                              Respectfully submitted,

                                          **WOOD CRAIG MILLER**
                                                  /s/ Brett A. Miller
                                                  Brett A. Miller, Esq.
                                                  GA Bar No. 143196
                                                  J. Blair Craig, Esq.
                                                  GA Bar No. 192850
                                                **Attorneys for Plaintiff**

WOOD CRAIG MILLER
3520 Piedmont, N.E. Suite 280
Atlanta, Georgia
30305 Phone: 404-888-9962
Email: Brett@woodcraig.com
Email: Blair@woodcraig.com

                                       **DREW, ECKL & FARNHAM, LLP**
                                             */s/ Andrew D. Horowitz*
                                        Andrew D. Horowitz, Esq.
                                          Georgia Bar No. 367815
                                            Steve A. Miller. Esq.
                                          Georgia Bar No. 508375
                             ***Attorneys for Defendant Sig Sauer, Inc.***

303 Peachtree Road, Suite 3500
Atlanta, GA 30308
(404) 885-1400
Horowitza@deflaw.com
Millers@deflaw.com

5